1072

No. 97–643.  UNITED STATES v. CABRALES.  C. A. 8th Cir. Certiorari granted.  Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 27, 1998.  Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 27, 1998.  A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 13, 1998.  This Court's Rule 29.2 does not apply.

No. 97–873.  UNITED STATES v. BALSYS.  C. A. 2d Cir.  Certiorari granted.  Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 27, 1998.  Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 27, 1998.  A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 13, 1998.  This Court's Rule 29.2 does not apply.

No. 97–5737.  FORNEY v. APFEL, COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Motion of petitioner for leave to proceed in forma pauperis granted.  Certiorari granted.  Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 27, 1998.  Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 27, 1998.  A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 13, 1998.  This Court's Rule 29.2 does not apply.